MJP

FILED

2008 JAN 14 AM 11:21

CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

BY KMA DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Felipe CORONA-Reyes,** Defendant(s) | Magistrate Case No. '08 MJ 0094<br>COMPLAINT FOR VIOLATION OF:<br>Title 8 U.S.C., Sec. 1324 (a)(2)(B)(iii) Bringing in Illegal Aliens Without Presentation |

The undersigned complainant, being duly sworn, states:

On or about **January 12, 2008,** within the Southern District of California, defendant **Felipe CORONA-Reyes**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Gonzalo TORICES-Mendoza, Jorge CALLEJAS-Rosado, Miguel Angel MORENO-Cortez and M. M. F. (Juvenile)** had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 14th DAY OF **January 2008**

Nita L. Stormes
UNITED STATES MAGISTRATE JUDGE

 M/P

**CONTINUATION OF COMPLAINT:**
**Felipe CORONA-Reyes**

## PROBABLE CAUSE STATEMENT

Furthermore, the complainant states that **Gonzalo TORICES-Mendoza, Jorge CALLEJAS-Rosado, Miguel Angel MORENO-Cortez and M. M. F. (Juvenile)** are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On January 12, 2008, Border Patrol Agent Viau was performing line watch duties, within the Imperial Beach Station area of operations. At approximately 7:40 pm, Agent Viau was advised by San Diego Sector Dispatch that a citizen reported suspected illegal alien activity near an area commonly referred to as "The Gorilla Cage". "The Gorilla Cage" is a drainage hole that connects to a six foot diameter sewer drainage tube approximately twenty feet below ground. It is framed with steel bars to prevent individuals or debris from entering the tube. This area is approximately two and one-half miles west of the San Ysidro, California Port of Entry and is approximately 100 yards north of the United States/Mexico International boundary fence.

Agent Viau responded to the area and found the top of the "Gorilla Cage" had been lifted and chained to the upper support approximately twenty inches of space between the top and sides which would allow individuals sufficient space to enter the cage. Individuals usually climb approximately twenty feet down to the drainage tube. The tube then extends north approximately one-half mile, where it opens up into a small field. There is an entry/exit point into the tube via a manhole cover approximately 100 yards south of where it opens into the field. Agent Viau immediately went to the manhole cover and requested assistance from another agent prior to entering the tube. Border Patrol Agent A. Zamora Jr. responded to Agent Viau's request. The Agents entered the tube via the manhole. The agents noticed what appeared to be a blue light, shining northward in the tube from their south. Agent Viau observed numerous individuals inside the tube approximately fifty yards south of the Agents. Upon becoming aware of the Agents presence, the subjects started running south through the tube. Agent Zamora and Agent Viau chased the individuals south through the tube. The individuals stopped running approximately twenty yards north of the south end of the tube. The Agents identified themselves as United States Border Patrol Agents to the seventeen individuals and directed them to sit on the floor of the tube. Agent Viau questioned each individual as to their citizenship and nationality. Each individual admitted to being a citizen and national of Mexico, present in the United States without any documents that would allow them to legally enter or remain in the United States. All individuals were subsequently placed under arrest and transported to the station for further processing.

**MATERIAL WITNESSES STATEMENTS:**

Gonzalo TORICES-Mendoza, Jorge CALLEJAS-Rosado, Miguel Angel MORENO-Cortez and M. M. F. (Juvenile) were all retained as material witnesses to this event. All were separately interviewed. All admitted to being citizens and nationals of Mexico illegally present in the United States. All stated that they were to pay money to be smuggled into the United States illegally. TORICES was to pay $500.00, CALLEJAS was to pay $1000.00, and MORENO was to pay $1800.00 to be smuggled into the United States. CALLEJAS-Rosado stated that he made the arrangements with the defendant. All three were driven to the area and directed to follow defendant CORONA-Reyes into the United States and subsequently into the drainage tunnel. TORICES also stated that defendant Felipe CORONA-Reyes had a blue light that he used to guide the group through the tunnel.