UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff

vs.

Felipe Corona-Reyes

Defendant(s)

CRIMINAL NO. 08CR227-WQH

ORDER

RELEASING MATERIAL WITNESS

Booking No. 06926298

On order of the United States District/Magistrate Judge, **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

M. M. F. (a male juvenile)

DATED: 1-29-08

**NITA L. STORMES**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** ____________
**DUSM**

**OR**

W. SAMUEL HAMRICK, JR. Clerk

by [signature]
**Deputy Clerk**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

✩ U.S. GPO: 2003-581-774/70082