FILED

08 MAR 28 PM 3:56

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE NITA L. STORMES)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>FELIPE CORONA-REYES,<br>Defendant. | Case No.: 08MJ0094<br>**ORDER TO EXONERATE BOND FOR MATERIAL WITNESS GONZALO TORICES-MENDOZA AND TO DISBURSE FUNDS** |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the Material Witness Appearance Bond filed on behalf of Material Witness Gonzalo Torices-Mendoza by the surety, Amparo Roman, be exonerated. The $500.00 deposit being held in the Registry of the Court in the above entitled case on behalf of Material Witness Gonzalo Torices-Mendoza is to be released to the surety, Amparo Roman at 8295 Pinyon Ave., Fontana, CA 92335.

**IT IS SO ORDERED:**

DATE: 3-26-08

MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT